DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DESHORN D. BROWN,**
Appellant,

v.

**RACHAEL BROWN,**
Appellee.

No. 4D20-2119

[March 18, 2021]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael J. McNicholas, Judge; L.T. Case No. 432019DR000567.

Ralph T. White of The Law Office of RT White, Palm Beach Gardens, for appellant.

Lori I. Steger of Steger Law, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***